UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23158-CIV-MARTINEZ/AOR

LASHAWN MIDDLETON,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon *pro se* Plaintiff Lashawn Middleton's ("Plaintiff") Motion Requesting a Postponement of Order to Show Cause (hereafter, "Motion for Postponement") [D.E. 31]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 24]. Upon due consideration, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Postponement [D.E. 31] is DENIED. **Within 20 days from the date of this Order**, Plaintiff shall file a response in opposition to Defendant Carnival Corporation's ("Defendant") Motion for Summary Judgment [D.E. 29] in accordance with Federal Rule of Civil Procedure 56.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of October, 2018.

                                              ALICIA M. OTAZO-REYES
                                              UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

United States District Judge Jose E. Martinez
Counsel of Record

Copies via U.S. mail to:

LaShawn Middleton
1924 Arbor Vista Drive
Charlotte, NC 28262