UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23158- MARTINEZ-OTAZO REYES

LASHAWN MIDDLETON,

 Plaintiff,

vs.

CARNIVAL CORPORATION,

 Defendant.
_____/

**<u>DEFENDANT'S NOTICE OF FILING DEPOSITION DESIGNATIONS FOR TRIAL</u>**

 Defendant, CARNIVAL CORPORAITION, respectfully files its Deposition Designations for Trial of Lashawn Middleton and Manuel Depositario, in compliance with the Court's Trial Order [ECF 9] and Order Revising Scheduling Order [ECF 27], as follows:

1. **<u>Plaintiff, Lashawn Middleton taken February 6, 2018</u>**

   Page 3; Lines 1-10

   Page 10; Line 23 – Page 13; Line 21

   Page 19; Lines 8-17

   Page 21; Lines 9-13

   Page 24; Line 4 – Page 27; Line 3

   Page 29; Line 1 – Page 31; Line 21

   Page 40; Line 3-12

   Page 47; Line 22 – Page 48; Line 2

   Page 48; Line 12-16

   Page 49; Lines 17-24

   Page 54; Lines 15-25

    Page 55; Lines 10-22

    Page 64; Line 5 – Page 65; Line 18

    Page 66; Line 13 – Page 67; Line 23

    Page 72; Line 7 – Page 73; Line 9

    Page 80; Line 13 – Page 82; Line 2

    Page 83; Line 2-4

    Page 85; Line 13 - Page 86; Line 11

    Page 86; Line 25 – Page 87; Line 3

    Page 89; Line 23 – Page 91; Line :9

    Page 98; Line 7-15

    Page 104; Line 13 – Page 107; Line 22

    Page 108; Lines 5-15

    Page 108; Line 20 – Page 109; Line 4

2. **Manuel Depositario taken December 10, 2018**

    Page 6; Lines 1-6

    Page 7; Line 5 – Page 19; Line 11

Dated:  January 15, 2019

    Respectfully submitted,

     /s/ *Craig P. Liszt*
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 672-2526
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 15, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

    /s/ Craig P. Liszt
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
***Attorneys for Defendant Carnival Corporation***

/1406472/670

## SERVICE LIST

**LaShawn Middleton**
*Pro Se Plaintiff*
1924 Arbor Vista Drive
Charlotte, NC 28262
Telephone: (704) 323-7942
lashawnmiddleton3@gmail.com
*Via U.S. Mail and Email*

**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
Horr, Novak & Skipp, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 672-2526
***Attorneys for Carnival Corporation***