UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23158- MARTINEZ-OTAZO REYES

LAWSHAWN MIDDLETON,

 Plaintiff,

vs.

CARNIVAL CORPORATION,

 Defendant.

_____/

## MOTION REGARDING NOTICE OF PREVIOUS TRIAL SETTING BY JUDGE KING AND REQUEST TO RESCHEDULE TRIAL SETTING IN THIS CASE

 The Defendant, CARNIVAL CORPORATION by and through undersigned counsel respectfully requests that the Court enter an order rescheduling the trial in this case recently reset to February 19, 2019 and as ground states:

 1. Undersigned counsel is counsel of record in the matter of Mark Horne v. Carnival Corporation, United States District Court, Southern District of Florida, Case No. 16-21842-civ-King.  On November 14, 2018 Judge King entered an Order setting that case for trial February 19, 2019 at 9:00 a.m.  Subsequently Judge King specially set that case to commence trial February 19, 2019. Judge King's Order is attached as Exhibit "A".

 2. On Page of 2 of the trial order Judge King requires:

> It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free-for this case.

3. On January 30, 2019 the Court in this case rendered an Order resetting Trial in this matter to the two-week docket commencing February 19, 2019.

4. Pursuant to and in compliance with Judge King's directive, counsel for Defendant notifies this court of the conflict and respectfully requests a rescheduling of the February 19, 2019 trial setting in this case in order to leave undersigned counsel conflict free in the *Horne* case as required by Judge King.

Dated: February 4, 2019            Respectfully submitted,

  /s/ *David J. Horr*
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
 Horr, Novak & Skipp, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 672-2526
***Attorneys for Defendant***

CASE NO.: 17-cv-23158- MARTINEZ-OTAZO REYES
Page 3

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on Febrary 4, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

1416655/

## SERVICE LIST

**LaShawn Middleton,** *Pro Se*
1924 Arbor Vista Drive
Charlotte, NC 28262
Telephone: (704) 323-7942
**lashawnmiddleton3@gmail.com**

**David J. Horr**
Florida Bar No.: 310761
**dhorr@admiral-law.com**
**Craig P. Liszt**
Florida Bar No.: 63414
**cliszt@admiral-law.com**
Horr, Novak & Skipp, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 672-2526
***Attorneys for Defendant, Carnival***