UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY PG D.C.

FEB 04 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 17-23158-CIV-MARTINEZ-OTAZO-REYES

LASHAWN MIDDLETON, :
   **Plaintiff** :
 :
vs. :
 :
CARNIVAL CORPORATION, :
   **Defendant** :
_____ :

## MOTION REQUESTING A DISMISSAL WITHOUT PREJUDICE OR CONTINUANCE OF COURT TRIAL DATE

TO THE COURT:

I **LASHAWN MIDDLETON (Plaintiff)** intend to proceed with the above captioned matter and would like to have this Trial by Jury set for February 19th, 2019 postponed until the end of the year.

I currently cannot afford to travel and stay indefinitely in Miami Florida due to financial hardship and other financial obligations as well as my witnesses and physicians are not available. Please accept my request and notify me of the newly appointed court date.

RESPECTFULLY SUBMITTED to the court this day of **February 1, 2019**

LaShawn Middleton
*Pro Se*

*[Signature]*
**Signature**

1924 Arbor Vista Dr
Charlotte, NC 28262
704.323.7942

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

U.S. POSTAGE PAID
PM 2-DAY
CHARLOTTE, NC
28269
FEB 01 19
AMOUNT
**$7.35**
R2305K139504-25

FROM: LaShawn Middleton
1924 Arbor Vista Dr
Charlotte, NC 28262

TO: US District
Court Southern
District of FL
Office of the Clerk
400 N. Miami Ave
Miami, FL 33128-7716

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE