UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**CASE NO. 17-23158-CIV-MARTINEZ-OTAZO-REYES**

LASHAWN MIDDLETON,

       Plaintiff,

vs.

CARNIVAL CORPORATION,

       Defendant.

_____/

**<u>ORDER TO SHOW CAUSE</u>**

THIS CAUSE is before the Court upon a *sua sponte* review of the record in this action. The Court has reviewed the record in this action and notes that Plaintiff has failed to timely file objections to the outstanding Report and Recommendation [ECF No. 38], which recommends Defendant's Motion for Summary Judgment be GRANTED and the case be DISMISSED WITH PREJUDICE. Accordingly, after careful consideration, it is

**ORDERED AND ADJUDGED** that

1. **<u>On or before February 15, 2019</u>**, Plaintiff shall show cause why the Report and Recommendation should not be affirmed and adopted. In the alternative, Plaintiff shall file any objections to the Report and Recommendation by the same date. Failure to comply with the Court's Order will result in this Court considering Plaintiff's objection(s) to the Report and Recommendation to be waived.

2. In order to ensure Plaintiff, who is *pro se*, receives a copy of the Court's Order, Defendant shall **immediately** email a copy of this Order and the Report and Recommendation [ECF No. 38] to Plaintiff's email address,

lashawnmiddleton3@gmail.com. Defendant shall file a certificate of service on the record indicating that notice was sent and when it was sent.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __7__ day of February, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Lashawn Middleton, *pro se*