UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23158-MARTINEZ-OTAZO REYES

LAWSHAWN MIDDLETON,

    Plaintiff,

vs.

CARNIVAL CORPORATION

    Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF SERVICE/COMPLIANCE WITH ORDER TO SHOW CAUSE [ECF 48]

The Defendant, CARNIVAL CRUISE LINES, by and through undersigned counsel and pursuant to this court's Order to Show Cause [ECF 48] dated February 7, 2019, Defendant hereby certifies that it emailed a copy of the Order to Show Cause [ECF 48] and Report and Recommendation [ECF 38] to Plaintiff, LAWSHAWN MIDDLETON, this date. A copy of said email is attached hereto as Exhibit 1.

Dated: February 7, 2019

    /s/ Craig P. Liszt
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 672-2526
*Attorneys for Defendant*

CASE NO.: 17-CV-23158-MARTINEZ-OTAZO REYES
Page 2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on February 7, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

  /s/ Craig P. Liszt
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
*Attorneys for Defendant*

870/1418972

CASE NO.: 17-CV-23158-MARTINEZ-OTAZO REYES
Page 3

## SERVICE LIST

**LaShawn Middleton,** *Pro Se*
1924 Arbor Vista Drive
Charlotte, NC 28262
Telephone: (704) 323-7942
lashawnmiddleton3@gmail.com
*Via Email*

**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Craig P. Liszt**
Florida Bar No.: 63414
cliszt@admiral-law.com
Horr, Novak & Skipp, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 672-2526
*Attorneys for Defendant, Carnival*