**Lori Miller**

| | |
|---|---|
| **From:** | Lori Miller |
| **Sent:** | Thursday, February 7, 2019 3:33 PM |
| **To:** | 'lashawnmiddleton3@gmail.com' |
| **Cc:** | 'David J. Horr'; Craig P. Liszt; Sarah Valdes; Juanita Alvarez; Elli Fink; 'Donna Cosmen' |
| **Subject:** | 5614 - Middleton, LaShawn v. Carnival - Case No. 17-cv-23158-Martinez |
| **Attachments:** | Order to Show Cause [DE 48].pdf; Report and Recommendation [DE 38].pdf |

Good afternoon,
Pursuant to the Order to Show Cause [DE 48] dated February 7, 2019, attached please find said Order to Show Cause and the Report and Recommendation [DE 38] dated January 14, 2019.
Lori



**Lori Miller**
*Legal Assistant for Brian T. Scarry and Craig P. Liszt*
Horr, Novak & Skipp P.A.
Two Datran Center Suite 1700
9130 South Dadeland Blvd., Miami, FL 33156
o 305.670.2525 | d 305.779.2918 | f 305.670.2526
e lmiller@admiral-law.com



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**Please consider the environment before printing this email**



EXHIBIT 1