UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**CASE NO. 17-23158-CIV-MARTINEZ-OTAZO-REYES**

LASHAWN MIDDLETON,
    Plaintiff,

vs.

CARNIVAL CORPORATION,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter was referred to Magistrate Judge Otazo-Reyes for a pre-trial ruling on all non-dispositive matters and a Report and Recommendation on all dispositive matters [ECF No. 24]. On January 14, 2019, Magistrate Judge Otazo-Reyes filed a Report and Recommendation, recommending that Carnival Corporation's ("Defendant's") Motion for Summary Judgment be GRANTED and that the case be DISMISSED WITH PREJUDICE [ECF No. 38]. Objections to Magistrate Judge Otazo-Reyes' Report and Recommendations were due by January 28, 2019. On February 7, 2019, this Court entered an Order to Show Cause, ordering Plaintiff to show cause by February 15, 2019 why the Report and Recommendation should not be affirmed and adopted, or, in the alternative, to file any objections to the Report and Recommendation by said deadline [ECF No. 48]. Plaintiff timely filed a response to the Order to Show [EC No. 53]. The Court has reviewed the entire file and record, has made a *de novo* review of the issues that Plaintiff's objections to the Report and Recommendations present [ECF No. 53], and is otherwise fully advised in the premises.

The Court finds that Plaintiff has failed to address the factual deficiencies in her case as noted in Magistrate Judge Otazo-Reyes' well-reasoned report. For example, Plaintiff has failed to

put forth evidence that Defendant had actual or constructive notice of the dangerous condition. Plaintiff's objections to the Report and Recommendation only states, in conclusory fashion, that "[t]here was no way that Carnival was unaware of the conditions at the time of the accident especially if there are maintenance and repair records kept" [ECF No. 53, at 2]. However, as noted by Magistrate Judge Otazo-Reyes, Plaintiff stated in her deposition that: (i) she did not observe any other passengers trip on the staircase in question before or after her accident and (ii) she did not hear from anyone as to whether or not any other passengers have had any accidents on that staircase [ECF No. 29-1, at 6:12-24]. Hence, based on the record before this Court, Plaintiff has failed to put forth sufficient evidence of notice to the Defendant, actual or constructive. *See Bencomo v. Costa Crociere S.P.A. Co.*, No. 10-62437, 2011 WL 13175217, at *2 (S.D. Fla. Nov. 14, 2011), *aff'd*, 476 F. App'x 232 (11th Cir. 2012). Accordingly, after careful consideration, it is

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation [ECF No. 38] is **AFFIRMED** and **ADOPTED**. Plaintiff's objections are **OVERRULED** and it is:

**ORDERED AND ADJUDGED** that

1. Defendants' Motion for Summary Judgment [ECF No. 39] is **GRANTED** for the reasons stated in Magistrate Judge Otazo-Reyes' well-reasoned report.
2. Plaintiff's case is **DISMISSED with prejudice.**
3. This case is **CLOSED**, and all other pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of February, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes, all Counsel of Record, Lashawn Middleton, *pro se*