UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**CASE NO. 17-23158-CIV-MARTINEZ-OTAZO-REYES**

LASHAWN MIDDLETON,
    Plaintiff,

vs.

CARNIVAL CORPORATION,
    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the reasons stated in the Court's Order Adopting Judge Otazo-Reyes' Report and Recommendation, judgment is entered against Plaintiff and in favor of Defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of February, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Lawshawn Middleton, *pro se*